IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:15-cv-01236-GEB-AC |
| v. | |
| FRED CHARLES RAMSEY;<br>DELLA DICHARRY-RAMSEY; and<br>GLENN COUNTY, CALIFORNIA, | |
| Defendants. | |

## **ORDER**

This matter is before the Court on the Unopposed Motion to Continue Pretrial Scheduling Conference filed by the United States. Upon consideration of the Motion and the record contained herein, and good cause being shown, the Motion is HEREBY GRANTED and IT IS ORDERED THAT the Pretrial Scheduling Conference set for August 31, 2015 is rescheduled for October 26, 2015 at 9:00 AM.

Dated: August 18, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge