UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRED CHARLES RAMSEY; DELLA DICHARRY-RAMSEY; and GLENN COUNTY, CALIFORNIA;<br><br>Defendants, | No.  2:15-cv-01236-GEB-AC<br><br>**ORDER DECLINING TO SIGN PROPOSED ORDER THAT IS BASED ON STIPULATED ENTRY OF JUDGMENT ON TWO COUNTS IN THE COMPLAINT** |

Plaintiff and Defendants Fred Charles Ramsey and Della Dicharry-Ramsey filed a stipulation and proposed order on August 14, 2015, which concerns the resolution of and entry of judgment on Counts I and II in the Complaint. (Stipulation to Judgment, ECF No. 7.) However, neither the stipulation nor the proposed order address Federal Rule of Civil Procedure 54(b), which prescribes in relevant part: "[T]he court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Further, it is unclear whether Defendant Glen County opposes any portion of the stipulation and proposed order; the stipulation does not indicate the position of Defendant Glen County concerning its terms.

1

Therefore, the Court declines to sign the referenced stipulation and proposed order.

Dated: August 20, 2015

*[signature]*

GARLAND E. BURRELL, JR.
Senior United States District Judge