UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:15-cv-01236-GEB-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| FRED CHARLES RAMSEY; DELLA DICHARRY-RAMSEY; and GLENN COUNTY, CALIFORNIA, | |
| Defendants. | |

The Order of Foreclosure and Judicial Sale filed October 20, 2015, (ECF No. 15), is vacated.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 26, 2015, is continued to November 23, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Dated: October 20, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1