UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FRED CHARLES RAMSEY;<br>DELLA DICHARRY-RAMSEY; and<br>GLENN COUNTY, CALIFORNIA;<br><br>    Defendants, | No.  2:15-cv-01236-GEB-AC<br><br>**ORDER CONTINUING STATUS CONFERENCE AND DECLINING TO SIGN PROPOSED ORDER OF FORECLOSURE AND JUDICIAL SALE** |

On October 15, 2015, the parties filed a Joint Stipulation for Entry of Judgment and proposed Order of Foreclosure and Judicial Sale, in which they seek to resolve all three Counts alleged in the Complaint. (ECF Nos. 13, 13-1.) The proposed order includes blanks on pages 1 and 2, in which it appears the parties expect the Court to input the date when judgment is entered on Counts I and II. It is unclear whether the parties desire the Court to enter judgment and then order foreclosure and judicial sale in two procedural steps or whether they envisioned the proposed order would effectuate both steps. If the parties intended the latter, they should have included language, rather than blanks, in the proposed order that makes it clear the order is effective on the date of filing. The Court should not have to resolve such ambiguities when considering a proposed order.

For the stated reasons, the Court declines to sign the referenced proposed order.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on November 23, 2015, is continued to February 1, 2016, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Dated: November 18, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge