IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED CHARLES RAMSEY;<br>DELLA DICHARRY-RAMSEY; and<br>GLENN COUNTY, CALIFORNIA,<br><br>    Defendants. | Case No. 2:15-cv-01236-GEB-AC |

## **JUDGMENT**

On August 14, 2015, the United States and Fred Charles Ramsey and Della Dicharry-Ramsey jointly filed a *Stipulation to Judgment against Defendants Fred Charles Ramsey and Della Dicharry-Ramsey on Count I and Count II of the United States' Complaint* (Doc. 7). On October 15, 2015, The United States, Fred Charles Ramsey and Della Dicharry-Ramsey, and Glenn County, California, filed a *Joint Stipulation for Entry of Judgment* (Doc. 13). In light of those stipulations and the parties' *Joint Response to Court Order and Request for Entry of Judgment and Order of Foreclosure and Judicial Sale* (Doc. 19), it is hereby ORDERED AND ADJUDGED as follows:

1.    Judgment is hereby entered in favor of the United States and against Fred Charles Ramsey, for individual income taxes for the 1999, 2000, 2001, and 2002 tax years, in the total amount of $54,443.89 as of May 14, 2015, plus interest continuing to accrue thereon pursuant to

26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) and other statutory additions as provided by law.

2. Judgment is hereby entered in favor of the United States and against Fred Charles Ramsey and Della-Dicharry, jointly and severally, for unpaid individual income taxes for the 2003, 2004, 2005, 2006, and 2007 tax years, in the total amount of $75,798.47 as of May 14, 2015, plus interest continuing to accrue thereon pursuant to 26 U.S.C. §§ 6601, 6621 & 6622, and 28 U.S.C. § 1961(c) and other statutory additions as provided by law.

IT IS SO ORDERED.

Dated: January 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge